# Court of Appeals
# of the State of Georgia

ATLANTA, __January 18, 2017__

*The Court of Appeals hereby passes the following order:*

**A17E0029. NORMAN JEFFERSON v. CEDRIC TAYLOR, WARDEN.**

Norman Jefferson a/k/a Norman Parker has filed a motion for an extension of time to file a notice of appeal from the trial court's order denying his application for a writ of habeas corpus. The Supreme Court of Georgia has appellate jurisdiction over habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). This motion for an extension of time is therefore TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/18/2017__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*